IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:23-CV-84-D-RN

| | |
|---|---|
| WAYNE MCDONALD, as Administrator of the Estate of Ronald Anthony McDonald, <br><br> Plaintiff, <br><br> v. <br><br> HALIFAX COUNTY, M'BECHI TYREE DAVIS, in his official capacity as Sheriff of Halifax County, WESTERN SURETY COMPANY, DAVID A. FOLTZ, in his individual capacity, SYLVESTER HARDY, in his individual capacity, COREY R. JOHNSON, in his individual capacity, GRAVINO LASHUON TAYLOR, in his individual capacity, SOUTHERN HEALTH PARTNERS, INC. JILL F. COSTON, LPN, in her individual capacity, KAYLA A. SHEARIN, LPN, in her individual capacity, AND BOBBIE LOWE, LPN, in her individual capacity, <br><br> Defendants. | **ORDER** |

This matter is before the Court upon the Joint Motion to Seal [D.E. 57]. After reviewing the Motion, the sealed documents, and the supporting Brief [D.E. 58], the Court makes the following findings:

1. The parties have moved to seal the Release of All Claims and Confidentiality Agreement [D.E. 55], Plaintiff's Proposed Disbursements [D.E. 54], and the Notices of Consent to Settlement [D.E. 56] that were previously filed in connection with the Plaintiff's Motion to Approve the Wrongful Death Settlement.

2. The parties are seeking to maintain the confidentiality of the amount and terms of the Settlement and to protect from disclosure the identities of non-party Estate beneficiaries.

3. Public notice of the Joint Motion to Seal has been provided and no one has filed any objections to the Motion.

4. The parties have shown a compelling governmental interest for denying the First Amendment right of access to the documents. The denial of the right of access is narrowly tailored to the compelling governmental interest at stake.

5. In the alternative, the parties have shown a significant interest that outweighs the common-law right of access to judicial records and documents.

6. There are no less drastic alternatives to sealing the confidential documents as requested by the parties.

7. Good cause has been shown for granting the Joint Motion to Seal.

IT IS THEREFORE ORDERED that the Joint Motion to Seal [D.E. 57] is GRANTED. The documents described in the motion are SEALED, subject to further Order of this Court.

SO ORDERED. This the 28 day of August, 2024.

_____
JAMES C. DEVER III
United States District Judge